UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| JUANZELL C. JENKINS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:03-CV-363/1:02-CR-27 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **O R D E R**

For the reasons set forth in the accompanying Memorandum, the Court concludes Petitioner Juanzell C. Jenkins' ("Petitioner") conviction and sentence were not in violation of the Constitution or laws of the United States and, therefore, **DENIES** Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Further, the Court **DECLINES** to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and **CERTIFIES** that any appeal in this matter by Petitioner would not be taken in good faith. Lastly, the Court **DENIES** Petitioner's motion to amend his § 2255 motion (Court File No. 13).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER, CHIEF
UNITED STATES DISTRICT JUDGE**